

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00236-CR

**KIHEEM GRANT,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 278th District Court**
**Walker County, Texas**
**Trial Court No. 27563**

## O R D E R

The opinion in this proceeding issued on July 27, 2016. Kiheem Grant's Motion for Rehearing was filed on August 15, 2016. Because the time in which to file a motion for rehearing is measured from the date the opinion is issued, the motion for rehearing

was due August 11, 2016. *See* TEX. R. APP. P. 49.1. Accordingly, the motion for rehearing is dismissed for want of jurisdiction.[1]

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion dismissed
Order issued and filed August 24, 2016



---

[1] Even if Grant's motion was timely filed, it was not served on the opposing party. *See* TEX. R. APP. P. 9.5. Further, even if the Court considered the motion as timely filed and required that it be properly served, based on the merits of the motion, it would be denied.